■ In the Matter of the Claim of ROSTISLAV DIDKOWSKY, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 10, 1980, which affirmed the decision of an Administrative Law Judge sustaining the initial determinations of the Industrial Commissioner holding that claimant's benefit rate must be reduced from $107 per week to zero, pursuant to subdivision 7 of

section 600 of the Labor Law. Decision affirmed without costs. (See *Matter of Liss [Ross],* 80 AD2d 716.) Mahoney, P. J., Sweeney, Casey, Yesawich, Jr., and Weiss, JJ., concur.